CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2013

JULIA C. DUDLEY, CLERK
BY: KB
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| THOMAS L. GOODMAN, #1008318 | ) CASE NO. 7:12CV00186 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER AND JUDGMENT |
| vs. | ) |
| | ) |
| MAJOR K. MCCOY, et al., | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motion for summary judgment (ECF No 22) is **GRANTED.** The excessive force claim against Defendant Looney is **DISMISSED** due to Plaintiff's failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a). Summary judgment is **GRANTED** as to Plaintiff's claims for monetary damages against Defendants McCoy and Stanley on the grounds of qualified immunity, and as to Plaintiff's claims for injunctive relief as without merit. Finally, Plaintiff's remaining motions (ECF Nos. 31, 32) are **DISMISSED** as moot.

The Clerk is directed to send copies of this Final Order and accompanying Memorandum Opinion to Plaintiff and counsel for Defendants. The Clerk is further directed to strike this case from the Court's active docket.

ENTER: This 26th day of February, 2013.

/s/ James C. Turk
James C. Turk
Senior United States District Judge